UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALEX DEWAYNE JOHNSON,

      Defendant.
_____/

Case No. 09-20127

Sean F. Cox
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

### ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION TO DETERMINE DEFENDANT'S COMPETENCY TO STAND TRIAL

On March 18, 2009, defendant Alex Dewayne Johnson was indicted and charged with possession of a firearm following a conviction for a felony offense. Defendant appeared in Court on April 17, 2009.

During the hearing, it appeared that defendant was not aware of his circumstances. Defendant's counsel indicated that she had difficulty communicating with the defendant, based on the defendant's apparent inability to understand what he was being told, and that defense counsel had concerns about defendant's competency to stand trial. Defendant did not, and apparently could not, communicate with the Court or counsel. Based on the statement of defense counsel and the Court's own observation of defendant in the courtroom, the Court

1

concludes that reasonable cause exists to believe that defendant may presently be suffering from a mental disease or defect that has rendered him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

Accordingly, the Court **ORDERS**, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c), that:

(1)   defendant be committed for examination for a reasonable time, not to exceed 30 days, at a suitable facility that is located closest to the Court for the Eastern District of Michigan; the United States Pretrial Services Office must make arrangements for the examination to be conducted as soon as reasonably possible,

(2)   the examination must include a psychiatric or a psychological examination of defendant;

(3)   a report must be prepared and submitted to this Court, with copies provided to counsel for defendant and the government, which will include:

    a.   defendant's history and present symptoms, if any;

    b.   a description of the psychiatric, psychological or medical tests that were employed and their results;

    c.   the name of the examiner and his/her findings as to competency to proceed, as well as the examiner's opinions as to

diagnosis and prognosis; and

  d. a determination as to whether defendant presently suffers from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(4) the report must be submitted to this Court so that a hearing may be conducted pursuant to 18 U.S.C. § 4247(d) to determine defendant's competency to stand trial;

(5) the United States Marshal's Service must take defendant into custody pursuant to the terms of this Order and will promptly and expeditiously transfer him to a suitable facility, to be determined by the Attorney General, and that the United States Marshal's Service must do this as quickly as reasonably possible so as to minimize the period during which defendant must travel to, be confined in, and be returned from the facility where such examination will be conducted; and

(6) the time period associated with this determination, from the filing date of this Order through and including the date on which a final determination is made regarding defendant's competency to stand trial, is excluded under the Speedy Trial Act pursuant to the terms of 18 U.S.C. § 3161(h)(1)(A).

**IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

Date: April 17, 2009                                s/Michael Hluchaniuk
                                                    Michael Hluchaniuk
                                                    United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that, on April 17, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Nancy A. Abraham, AUSA , and I certify that I have mailed by United States Postal Service/hand-delivered the paper to the following non-ECF participants: Joan E. Morgan, 2057 Orchard Lake Rd., Sylvan Lake, MI 48320, Pretrial Services Agency and the United States Marshal's Service.

                                                    s/James P. Peltier
                                                    Courtroom Deputy Clerk
                                                    U.S. District Court
                                                    600 Church Street
                                                    Flint, MI 48502
                                                    (810) 341-7850
                                                    pete_peltier@mied.uscourts.gov

4