UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FEB 23 2017

CLERK'S OFFICE
FLINT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 09-cr-20127 |
| v. | HON. TERRENCE G. BERG<br>United States District Judge |
| ALEX DEWAYNE JOHNSON, | |
| Defendant. | |

## ORDER FOR BENCH WARRANT

At a hearing held on February 23, 2017, the Court was advised of serious concerns regarding defendant's mental health issues. Defendant, although notified, failed to appear for the scheduled hearing.

Based on statements by counsel and the probation officer, as well as a review of the record and the pending supervised release violation petition, the Court finds that there is sufficient evidence to issue a warrant for defendant's failure to appear.

**IT IS ORDERED** that a bench warrant be issued and that defendant's bond and supervised release are hereby revoked.

**IT IS FURTHER ORDERED** that defendant be held in custody at the Genesee County Jail pending further proceedings in this matter. Alternatively, if the United States is unable to house defendant at the

Genesee County Jail the Court recommends placement at the Midland County Jail.  The Court's recommendations regarding the custodial placement of defendant are based on representations by counsel and the probation department that defendant's mental health issues have been addressed by the medical staff at these facilities.

**IT IS FURTHER ORDERED** that while in custody defendant is to be evaluated and treated for mental health issues.

Entered: February 23, 2017  _____
TERRENCE G. BERG
United States District Judge